UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL EDWARD CLARK,

        Petitioner,                  2:09-cv-1428-RLH-GWF

vs.                                       **ORDER**

DIRECTOR OF NEVADA
DEPARTMENT OF CORRECTIONS,
*et al.*,

        Respondents.

        This is a petition for writ of habeas corpus in which petitioner, a state prisoner, is proceeding *pro se*. On July 16, 2010, petitioner filed a motion for entry of clerk's default, stating that he had not yet been served with an answer. (Docket #25.) Respondents filed their answer in this case on June 28, 2010. (Docket #24.) That answer is accompanied by a certificate of service on

petitioner at his address of record. *Id*. Accordingly, petitioner's motion for entry of clerk's default is **HEREBY DENIED**.

DATED this 19th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

2