1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL EDWARD CLARK,                         )
                                              )
                    Petitioner,               )          2:09-cv-1428-RLH-GWF
                                              )
vs.                                           )          **ORDER**
                                              )
DIRECTOR OF NEVADA                            )
DEPARTMENT OF CORRECTIONS,                    )
*et al.*,                                     )
                                              )
                    Respondents.              )
_____/

        This is a petition for writ of habeas corpus in which petitioner, a state prisoner, is

proceeding *pro se.*  On July 27, 2010, petitioner filed a motion for free copies.  (Docket #27.)   In this

motion, petitioner requests a free copy of respondents' answer, insisting that he was not served with

the answer.  On August 2, 2010, respondents filed a response to petitioner's motion, stating that they

will send petitioner a second copy of the answer. (Docket #28.)  Accordingly, petitioner's motion for free copies is **HEREBY DENIED AS MOOT**.  (Docket #27.)  Petitioner is granted thirty (30) days from the date of service of this order within which to file his reply.

DATED this _____6th_____ day of _____August_____, 2010.

_____
UNITED STATES DISTRICT JUDGE