# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL EDWARD CLARK, | |
| Petitioner, | 2:09-cv-1428-RLH-GWF |
| vs. | **ORDER** |
| DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Respondents. | |

This is a petition for writ of habeas corpus in which petitioner, a state prisoner, is proceeding *pro se.* On August 12, 2010, petitioner filed a motion for access to the HDSP Law Library, stating that he needs access to the library in order to prepare his reply. (Docket #31.) Petitioner also claims that because of lack of library access, he is unable to serve respondents with a copy of his reply. Petitioner filed his reply on August 12, 2010. (Docket #30.) Further, respondents have waived service of the reply. (Docket #32.) Accordingly, petitioner's motion is **HEREBY DENIED** as moot. (Docket #31.)

DATED this 25th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE